ACCEPTED
14-14-00435-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 9:18:33 AM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00435-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 9:18:33 AM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

**No. 1402503**
In the 248th District Court
Of Harris County, Texas

———————◆———————

MICHAEL SHAWN RYALS
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 248th District Court of Harris County, Texas, in cause number 1402503, **The State of Texas v. Michael Shawn Ryals,** Appellant was convicted of fraudulent use of identifying information, and was sentenced to 40 years in the

Texas Department of Criminal Justice, Correctional Institutions Division, on May 29, 2014.

2. A written notice of appeal was filed on May 29, 2014.

3. The State's brief was due on February 5, 2015.

4. An extension of time in which to file the State's brief is requested until March 5, 2015.

5. Two previous extensions of time have been requested by the State.

6. The facts relied upon to explain the need for this extension are:

The State's Assistant District Attorney on appeal just finalized and submitted the brief on *Johnson v. State,* 14-14-00278-CR. The State's Assistant District Attorney on appeal was ordered to active duty in the United State Navy on January 23, 2015, and relocated to Norfolk, Virginia, to report to Helicopter Sea Combat Squadron EIGHT FOUR. This relocation and period of mobilized active duty is expected to last until no earlier than September 30, 2015. This development has delayed progress on this brief, as well as all previously assigned briefs. The State's Assistant District Attorney on appeal will continue to work on this brief, however, additional time is required.

WHEREFORE, the State prays that this Court will grant an extension of time until March 5, 2015 in which to file the State's brief in this case.

Respectfully submitted,

**SETH GAGLIARDI**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24073207

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been emailed to the

attorney for the Appellant on February 5, 2015:

Mr. Jerald K. Graber
917 Franklin Street, Suite 510
Houston, TX 77002
Phone: (713) 224-2323
Fax: (713) 227-9900
graberlaw@sbcglobal.net


**SETH GAGLIARDI**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 24073207

Date:  February 5, 2015